RE In the Matter of Mazie Lee Butler FERGUSON, Respondent.

(413 S.E. (2d) 840)

Supreme Court

## Jan. 27, 1992.

## ORDER

Respondent is an attorney licensed to practice law in South Carolina. She petitions to be transferred to disability inactive status pursuant to SCACR 413, paragraph 19, the Rule on Disciplinary Procedure.

IT IS SO ORDERED that the petition is granted and petitioner is transferred to disability inactive status until further order of this Court.